# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | **CR 23-00023-FMO** | Date | **February 22, 2024** |
|---|---|---|---|

Present: The Honorable   Fernando M. Olguin, U.S. District Judge

Interpreter   None

| Vanessa Figueroa | Maria Bustillos | Roger A. Hsieh |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| NICOLE KALAMAOKEOLA GUIU | X | | X | Anne O'Toole, DFPD | X | X | |

Proceeding    SENTENCING (Not Held; Continued)

For the reasons stated on the record, the court continues the sentencing to **August 22, 2024, at 2:00 p.m.**

Marriott shall, if it wishes to present a victim statement at the sentencing hearing, produce a currently employed corporate officer or the franchise owner of the subject Marriott to provide Marriott's victim statement. Alternatively, Marriott may provide a written victim's statement from a currently employed corporate officer or the franchise owner of the subject Marriott. The victim statement shall be filed no later than three business days before the sentencing proceeding.

Other than letters of support on behalf of defendant, and as set forth herein, no further sentencing papers may be filed.

IT IS SO ORDERED.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | vdr | | |